25cr 401 kmm/Emb

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| v. | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 924(d)(1) |
| YE YANG, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| Defendant. | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 846 |
| | ) | 26 U.S.C. § 5845(b) |
| | ) | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Distribute Methamphetamine)

Beginning in or around January 2022 and continuing through on or about January 26, 2024, in the State and District of Minnesota and elsewhere, the defendant,

**YE YANG**,

did knowingly and intentionally conspire with others known and unknown to the grand jury, to distribute a controlled substance, specifically, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.



SCANNED
OCT 1 5 2025
U.S. DISTRICT COURT MPLS

*United States v. Ye Yang*

## COUNT 2
### (Possession of Methamphetamine With Intent to Distribute-Guest Bedroom)

On or about January 26, 2024, in the State and District of Minnesota, the defendant,

### YE YANG,

did unlawfully, knowingly, and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

## COUNT 3
### (Felon in Possession of a Firearm-Master Bedroom)

On or about January 26, 2024, in the State and District of Minnesota, the defendant,

### YE YANG,

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely:

| Offense | Place of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Possessing ammunition/firearm-conviction for crime of violence | Hennepin County, MN | January 2019 |
| Drugs-First Degree (Aid and Abet) | Ramsey County, MN | August 2011 |
| Check Forgery | Ramsey County, MN | April 2010 |
| Drugs-Third Degree | Anoka County | April 2008 |

2

*United States v. Ye Yang*

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, specifically, a Glock model 32 Gen 4 .357 caliber semiautomatic pistol bearing serial number SUW954, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime-Closet)

On or about January 26, 2024, in the State and District of Minnesota, the defendant,

**YE YANG**,

did knowingly possess a firearm, specifically, a Ruger 5.7x28-millimeter caliber semiautomatic pistol bearing serial number 64306255, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute methamphetamine, as alleged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 5
(Possession of Methamphetamine with Intent to Distribute-Garage)

On or about January 26, 2024, in the State and District of Minnesota, the defendant,

**YE YANG**,

*United States v. Ye Yang*

did unlawfully, knowingly, and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

### COUNT 6
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime-Garage)

On or about January 26, 2024, in the State and District of Minnesota, the defendant,

**YE YANG**,

did knowingly possess the following firearms:

| a Smith & Wesson model Military & Police 15-22 semiautomatic pistol bearing serial number DTX4652; and |
| an Omni .223 caliber semiautomatic rifle bearing serial number N5313697; |

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of methamphetamine with intent to distribute, as alleged in Count 5 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 7
(Felon in Possession of a Firearm-Mud Room)

On or about January 26, 2024, in the State and District of Minnesota, the defendant,

**YE YANG**,

4

*United States v. Ye Yang*

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely:

| Offense | Place of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Possessing ammunition/firearm-conviction for crime of violence | Hennepin County, MN | January 2019 |
| Drugs-First Degree (Aid and Abet) | Ramsey County, MN | August 2011 |
| Check Forgery | Ramsey County, MN | April 2010 |
| Drugs-Third Degree | Anoka County | April 2008 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, specifically, an Aero Precision model X15 semiautomatic rifle bearing serial number X475779, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATIONS

Counts 1 through 7 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference for the purpose of alleging forfeitures.

If convicted of any of Counts 1, 2, and 5 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and

*United States v. Ye Yang*

any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said violation.

If convicted of any Count of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, accessories, and ammunition involved in or used in the commission of Counts 1-7.

The property subject to forfeiture includes, but is not limited to, the following items seized on January 26, 2024:

1. a Glock model 32 Gen 4 .357 caliber semiautomatic pistol bearing serial number SUW954;

2. a Bersa model TPR9C 9-millimeter semiautomatic pistol bearing serial number K23269;

3. a Ruger 5.7x28-millimeter caliber semiautomatic pistol bearing serial number 64306255;

4. an Aero Precision model X15 semiautomatic rifle bearing serial number X475779;

5. an Omni Hybrid .223 caliber semiautomatic rifle bearing serial number N5313697;

6. a Ruger .22LR caliber rifle bearing serial number 83360067;

7. a Browning 12-gauge shotgun bearing serial number 36067NX151;

8. a Savage model 14 rifle bearing serial number G596308;

9. a Smith & Wesson model Military & Police 15-22 semiautomatic pistol bearing serial number DTX4652; and

*United States v. Ye Yang*

10.    any ammunition, magazines, and accessories seized therewith.

If any of the above-described forfeited property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                        FOREPERSON